STATE of Missouri, Respondent,

v.

Darrell J. COBBLE, Appellant.

No. 54212.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 9, 1988.

Dewey S. Godfrey, Jr., St. Louis, for appellant.

James Bick, Clayton, for respondent.

ORDER

PER CURIAM.

Defendant appeals from his conviction of driving while intoxicated. We affirm pursuant to Rule 30.25(b).

The parties have been furnished with a memorandum, for their information only, setting forth the reasons for our order. An extended opinion would have no jurisprudential purpose.